IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00010 |
| | ) | Judge Trauger |
| BENJAMIN RILEY BRADLEY, *et al*. | ) | |

**O R D E R**

Defendant Linda Chapman has filed a Motion to Continue Trial (Docket No. 49), which has been joined in by defendant Melinda Buie (Docket No. 50). Defendant Chapman has filed a waiver of speedy trial (Docket No. 52), and the remaining defendants have informed Judge Trauger's courtroom deputy that they, likewise, support the continuance and will be filing timely waivers of speedy trial. For these reasons, the Motion to Continue Trial filed by defendant Chapman (Docket No. 49) is **GRANTED**, conditioned upon the timely filing of waivers of speedy trial by the remaining four defendants. By separate order, this trial is being reset for April 23, 2013.

It is so **ORDERED**.

ENTER this 20th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge