IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00010 |
| | ) | Judge Trauger |
| [5] DEREK WAYNE TURNER | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that a change of plea hearing is scheduled for Tuesday, April 30, 2013, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 19th day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge