IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00010 |
| | ) | Judge Trauger |
| | ) | |
| [1] BENJAMIN RILEY BRADLEY | ) | |

### **O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Thursday, June 20, 2013, at 3:30 p.m.

It is so **ORDERED.**

Enter this 12th day of June 2013.

_____
ALETA A. TRAUGER
United States District Judge