# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 1:12-00010 |
| | ) | Judge Trauger |
| [4] JAMES ENGLISH PIERCE | ) | |

## **O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Thursday, June 20, 2013, at 10:30 a.m.

It is so **ORDERED**.

ENTER this 14th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge